

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00249-CV

In the Interest of **C.W.**, a Child

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2016PA02259
Honorable Charles E. Montemayor, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE BARNARD

In accordance with this court's memorandum opinion of this date, the trial court's termination order is AFFIRMED.

SIGNED September 19, 2018.

Karen Angelini, Justice